UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 441 2400865

CHARLES MAXWELL

**25 CV 4372**

No. _____

Write the full name of each plaintiff.      (To be filled out by Clerk's Office)

-against-

Rikers Island / Facilitys
OBCC
GRVC
RNDC, NYC DOC

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes   ☐ No



RECEIVED
MAY 22 2025
PRO SE OFFICE

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _human rights._

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_CHARLES_                                    _MAXWELL_
First Name          Middle Initial           Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_441240096S_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_Rikers Island_                              _RNDC_
Current Place of Detention

_11-11    Hazen Street_
Institutional Address

_EAst Elhurst_,        _N.Y._        _11370_
County, City              State              Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    John    Doe
First Name    Last Name    Shield #

Correction Officer
Current Job Title (or other identifying information)

16-16 Hazen Street
Current Work Address

East Elhurst    N.Y.    11370
County, City    State    Zip Code

Defendant 2:    John    Doe
First Name    Last Name    Shield #

Correction Officer
Current Job Title (or other identifying information)

11-11 Hazen Street
Current Work Address

East Elhurst    NY.    11370
County, City    State    Zip Code

Defendant 3:    John    Doe
First Name    Last Name    Shield #

Inmate
Current Job Title (or other identifying information)

16-16 Hazen Street.
Current Work Address

East Elhurst    NY.    11370
County, City    State    Zip Code

Defendant 4:    Jane    Doe
First Name    Last Name    Shield #

Mental Health provider.
Current Job Title (or other identifying information)

16-16 Hazen Street.
Current Work Address

East Elhurst,    NY.    11370
County, City    State    Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Rikers Island, Facility's OBCC, GRVC, RNDC

Date(s) of occurrence: 3/14/24 to 5/13/25 - continue on

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

From most of 3/14/24 to present 5/13/25 and continue on in custody as an detainee on Rikers Island. My Constitutional Rights have been violated. From daily verbal and physical abuse, 311# calls of complaints, videos of incidents, uninvestigated claims, denial of medical assistences, Re-written of Injury Reports made by Medical Staff in favor of the correctional officers, being force "Deadlock" (being lock in cell(s) for 48 hrs to 72 hrs or more by correctional officers. "Abuse of authority" cause of bad mood, being deprived food, shower, recreating, legal services ect denial complaints, grievances some uninvestigated, "knowing there's no general confinement, violence amongst inmates stage by correctional officers affiliated in gangs, property being stolen from inmates by correctional officers and inmates in favor returns, when inmate in process of being transfer from either housing unit or different facility. Strip search in front of female staff/C.O. correctional officers while conducted a search, in violation of

Page 4

Continue page # 4

Denial for Law library, Medical, Outside recreation And failed to provide services in favor of correctional officers / staffs. Maintenace conditions In all facility's on Rikers Island is being neglected. All facility services, Assistance, complaints proccedure is being Ignored. The Safty protection or to protect The rights of an detainee or prisoner on Rikers Island failed. And In Violation of many constitutional and human's Rights.

human Rights/Decency. Inhumane conditions Rats and Mices. Infested housing on site, cold food, lack of services being provided, when facility staff, correctional, medical failed to do their assigned job and work. constant conflict between Inmates and staff, No positive communication. No Proper procedure is being provided. All issue complains is being avoided. CO's abuse Authority by over spraying Inmates with mase to create more of a physical assault than brag about it. Mental Health staff's neglect continue → page 7th

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Snuck from behind by Inmate/unprovoked attack I recieved 13 staples on top of my head, 2 in cut on face. treated outside facility. Another Incident bruise right side head, face, neck noise and ear, loose tooth, swell wrist, chest and pain, burn eye, blur vision by mase til now. Assault by Correctional officers half Injury was treated half undocumented by staff/medical In favor of C.O. ect. most Injury report goes un Investigated.

**VI.   RELIEF**

State briefly what money damages or other relief you want the court to order.

Continue on with Medical Assistance follow-ups which is a big issue being denial on Rikers Island. Compensated on court decision. for pain and suffering after Injury through on going verbal and physical abuse with correctional officers that goes on undocumented. even if you make a complaint verbal and written statement facility "cover ups" and mentally I struggling with mental Health.

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: _____    Plaintiff's Signature: *Charles Maxwell*

First Name: CHARLES    Middle Initial: ___    Last Name: MAXWELL

Prison Address: RNDC  11-11  Hazen Street

County, City: East Elmhurst    State: N.Y.    Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6