**RECEIVED DEC -2 2025 PRO SE OFFICE**

SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

CHARLES MAXWELL

**AMENDED COMPLAINT**

Plaintiff,

-against- The City of New York
Department of Correction (D.O.C.)
OBCC - C. Reid # 5314, C.O. 3160, C.O. # 3200,
Capt. Young, C.O. Joseph, MC Cary, 11j 851, Capt. Hichadian #10752
GRVC - C.O. Garry, 3 John, Jane, Doe
RNDC - Capt. Clerc, Capt. Libord # 1152, C.O. Bencomine
C.O. Gomez

Defendants,
-------------------------------------X

25 cv 4372 (us)(   )
25 cv 4372

from 3/2024 - Thru - The year of 2025 and Present. Services which I'm entiled too As an detainee At The Department of correction have been denied, Many times. Aswell As my constitution Amendment and Human Rights being violated. One incident took place the morning of 07/29/2024 at OBCC correctional facility, while on my way. being escorted to The Main intake for court. first entering outside of The housing unit # 1 Lower The escort officer (John Doe) at The time use excessive physical force by kicking my legs That was already spreaded apart during a pat frisk in The Hallway, while The captain stood by verbally being abusive. Abusing Authority trying to intimidate. Soon after, while walking down the Hallway being verbal harass by captain and assisn court intake escort officer.

① I was engaged in a unproked attack by captain that over spray OC Chemical agent in my face, along with other Intake C.O. staffs using excessive force. I did report respiratory issue's, having breathing problems. I did not denied medical I was taken back to Intake area before going court that morning (Intake holding pen). The Eighth Amendment, prohibits "Cruel and unusual punishment.

② Incident took place on 06/11/2024 At facility of OBCC in the housing unit of 2 lower I was attack from behind in the dayroom area while watching T.V. injury from the unproke Assault I sustain laceration to right scalp / staples to the top of my head, and cut on right side of face. DOC injury report # 6181 Many complaint's were made about heavy use of drug's and violent behavior from inmate's / detainee's when they can't get High or any drug's. I request multiply time before this injury incident's to be move from unit, "Deliberate indifference" when D.O.C. Department of correction staff / C.O. Negligence ongoing issue's on Rikers Island does violate, Eighth Amendment, Constitution.

page #2

OBCC

OBCC facility / 07/21/2024 D.O.C. injury reports injuring his right foot while playing basketball Sunday. another medical report on injury, on Tuesday July 23, 2024 I have fallen in yard during recreation on Sunday July 21, 2024 and injured my self. ? My factual complaint I told medical staff that I have trip between two (2) metal beds in the housing unit which do support my complaint. X-Ray does show possible chip fracture at the head of the first metatarsal, which is better deformed then on images from 07/23/2024 swelling right foot / broken, chip bone are of the bunion. damages prove more then multipal injuries reports made by medical staff. That usually fabricate medical documents, (medical cover-up) As not produced scheduled appointment with Neurology, podiatry, physical therapy Bellevue prosthesis appointments on-site Specialty Follow-up last minute rescheduled by unknown specialist without their knowledge. At different facility Aswellas denied of return medical sickcall with in the facility. due to lack of resposibility by D.O.C. staff And medical staff, 1 April of 2024,

## OBCC facility

OBCC/facility 9/23/2024 discussed negative interaction with an C.O. (Correction officer) to a mental health provider due to being in a stressful state. In the housing unit # of 1 Lower due to disrespect/verbal and pysical Abuse with correction officer's in The housing Unit # of 1 Lower or/and within The facility of OBCC, being over spray by O.C. / being Abusive, 10/4/24 C.O. McCarry #1485, Capt. Alexander, 9/17/2024 Joseph, captain revork #12640, #3231, spraying OC Chemicals, C.O. Shell # 3200, OC. spray 06/23/2024 7/28/24 Exposed to chemical agent being used. Co # 3160, Reid #5314, ect, I many time, did The grievance process # 311 phone calls, spoken to dupty cept. O.C. on issues, complants.

Page #4

G.R.V.C.

facility of G.R.V.C. on Oct 28, 2024 I spoken on issues on the unit, housing unit 15B to CHS staffs member's, #311 complaints, sometime October to the end of November I was force "Deadlock" Involutary confined in cell. more then 48 to 72 hours at a time being deprived food. (which I'm a vegan) shower, recreation and legal services. At being transfer to 13B on 12/6/24 and in the process have my property being stolen by Officer gray /A.Ssign on unit 15B responsible for gathering up my belongings. After being Involved from an unproked Attack by two detainee At tranfer to 13B. on 12/29/24 to 1/6/25 I was Involuntay confine to my cell. being deprived food and any Services. Again I made #311 calls Told captain, Dupty Hamilton, different D.O.C. Staff, call DOC Investigation unit # about issue's being force lock in cell's when officer's having a bad day and I comment on the fact when they Abuse authority and lack on doing their Jobs Assigned. and In retailation being denied Services. Verbal Threats and pysical Abused. 10/26/25 Threats by officer's 2/24/2025 verbal Abuse by staff

page #5

G.R.V.C. facility

During my time incarcerated in the custody of D.O.C. Rikers Island from 3/14/2024 to present any important issues occured I have notify D.O.C. Department of Correction staff on different issues or concern complaints by Those Assist, Corrections grievance process, # 311 called, All remedy to handled any and all complaints, is well as Mental Health provided when some circumstances needed.

R.N.D.C. facility

Sometime I 4/25 transfer to R.N.D. I expeoience my property being not All pack up by either (C.O.) Correct officer or security team when hand my belongings giving detainee space and time to steal your things. I did a written grievance many times on the issue but still this is an ongoing issue Department of Correction continue to lack on. is answering complaint o Adressing any issue with detainee's in costody. → continue page #6

R.N.D.C.

many times during August and September of 2025 Captain Clark has a constant habit of ripping down the shower certain we are provided with while taking a shower in the housing unit. he make statements like I don't give a F----- I do what I please, you don't have privacy I will see your genital any time I want. Anytime complaints was made or even addressing the issue he (Captain Clark) will arranged the security team to property search the whole unit and take every detainee in the bathroom to strip search while the female's staff in the bubble (control Area) watch. The captain do that to abuse Authority and to embarrased detainee in the housing unit, housing Area (MOD-4 upper north.) This is a ongoing problem with Capt. Clark verbal Harrassment anytime detainee is walking the Hallways to any services. making verbal threats, like "I would get a housing unit strip search anytime he want's even everyday. making insults Talking about people mother's and sucking on genitals. No matter how many complaint against him No response. He always looking

to over spray someone. As well as an officer name Gomez Rachel Renards and officer like C.O. Bencomine #10752 and Captain Libard #1152 verbal harassment

## Overall

Involuntary Exposure, privacy rights regarding your naked body. Violate (Forth Amendment protects against illegal secrches. Eighth Amendment protects cruel and unusual punishment. Fourtheenth Amendment nor deny to any person within its jurisdiction the equal protection of the laws. And Human Rights.

§ 1-08 Access to courts and Legal Services Law libraries
Chapter 1 of Title 40 of the Rules of the city of New York (Correctional Facilities) states Section § 1-05 Lock-in (6) Involuntary, No prisoner shall be required to remain confined to his or her cell except for the following purposes. At night, for count or sleep, not to exceed eight hours in any 24-hours period, (2) During the day for count or required facility business that can only be carried out while prisoners are locked in, not exceed two hours in any 24-hours period.

§ 1-08 Access to courts and legal services. (f)

Law libraries

Facility shall maintain a properly equipped and staffed law library. (2) Each law library shall be open for a minimum of five days per week including at least one weekend day, on each day a law library is open. (4) Each prisoner shall be granted access to the law library for a period of at least two hours per day on each day the law-library is open. Upon request, extra time may be provided as needed, space and time permitting.

§ 3-02 Access to Health care services.

The Department of Correction and the Health Authority shall be responsible for the design and implementation of written policies and procedures which ensure that all inmates have prompt and adequate access to all health care services. Services must be available consistent with § 1-01 of the Minimum Standards for New York City Correctional Facilities. (b) Access to care. (1) Every facility must inform all inmates of their right to health care and the procedures for obtaining medical attention.

As described in § 3-04(b)(6). (4) Correctional personnel shall never prohibit, delay or cause to prohibit, or delay any inmate's access to care or appropriate treatment, all decisions regarding need for medical attention shall be made by health care personnel. § 1-05 lock-in - policy optional lock-in

The Department may deny optional lock-in to prisoner in mental observation status if a psychiatrist or psychologist determines in writing that optional lock-in poses a serious threat to the safety of that prisoner. A decision to deny optional lock-in must be reviewed every ten days, including a written statement of findings by a psychiatrist or psychologist. Decisions made by a psychiatrist or psychologist pursuant to this subdivision must be based on personal consultation with the prisoner. Personal Hygiene § 1-03 policy, (a) Each facility shall provide for and maintain reasonable standards of prisoner personal hygiene. (b) showers (1) Showers with hot and cold water shall be made available to all

prisoners daily. The hot water temperature norms of the American Public Health Association shall be followed. Consistent with facility health requirements, prisoners may be required to shower periodically. The shower area shall be cleaned at least once each week.

Continue unconstitutional conditions within D.O.C. facility's OBCC, GRVC, RNDC.

Inhumane conditions, including rats, mice's and cold food, denial of medical assistance, legal services from law library, abusive conditions with DOC staff, and violent situation, within the institution.

$1,150,000,000 Plaintiff seeks money damages and injunctive relief. Continuation with medical assistance follow-ups. Respectful and professional behavior of DOC staff.

Charles Maxwell # 4412400965
RNDC
111 Hazen Street
East Elmhurst, N.Y. 11370

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
25 cv 4372
CLERK OF COURT
500 PEARL STREET
New York, NY 10007