UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES MAXWELL,

                              Plaintiff,

          -against-

THE CITY OF NEW YORK, ET AL.,

                              Defendants.

Case No. 1:25-cv-04372 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff Charles Maxwell, proceeding *pro se*, brings this action against under 42 U.S.C. § 1983, alleging Defendants violated his federal constitutional rights.  On January 7, 2026, the Court requested that Defendants, the City of New York and Captain Clark, waive service of summons.  Dkt. 11 at 8.  The City of New York has complied with this request, Dkt. 14, but Captain Clark has yet to do so, Dkt. 13.  This is because the New York City Department of Correction could not find an employee with the name Captain Clark and stated that more information was needed for identification.  *Id.*  Therefore, the New York City Law Department, who is the attorney for and agent of the New York City Department of Correction, shall further investigate the identity of Defendant Captain Clark.  The New York City Law Department shall inform the Court of the status of such investigation and additional information by **May 7, 2026**.

Given that service of the Amended Complaint is due on April 7, 2026, the Court shall *sua sponte* extend this deadline to **June 8, 2026**.

Dated:  April 7, 2026
          New York, New York

                              SO ORDERED.

                              JENNIFER L. ROCHON
                              United States District Judge