UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES MAXWELL,

                          Plaintiff,

        -against-

THE CITY OF NEW YORK, ET AL.,

                          Defendants.

Case No. 1:25-cv-04372 (JLR)

**ORDER OF SERVICE**

JENNIFER L. ROCHON, United States District Judge:

        The Court requests Captain Garfield Clarke, Shield No. 416, waive service of summons.

The Clerk of Court is directed to electronically notify the New York City Department of

Correction and the New York City Law Department of this order.

Dated:  May 13, 2026
        New York, New York

                          SO ORDERED.

                          _Jennifer Rochon_
                          JENNIFER L. ROCHON
                          United States District Judge