UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES MAXWELL,

                              Plaintiff,

        -against-

THE CITY OF NEW YORK, ET AL.

                              Defendants.

Case No. 1:25-cv-04372 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On May 13, 2026, the Court requested that Captain Garfield Clarke, Shield No. 416, waive service of summons.  Dkt. 23.  However, no waiver of service has been filed on the docket.  As such, Defendants shall file a letter with the Court by **June 30, 2026**, advising the Court on the status of that request.

Dated:  June 23, 2026
        New York, New York

                              SO ORDERED.

                              _Jennifer Rochon_
                              JENNIFER L. ROCHON
                              United States District Judge