UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES MAXWELL,

Plaintiff,

-against-

CAPTAIN CLARKE and CITY OF NEW YORK,

Defendants.

1:25-cv-04372 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On May 7, 2026, Defendant City of New York filed a motion to dismiss Plaintiff's amended complaint. Dkt. 20. Pursuant to the Court's April 8, 2026 Order, Plaintiff's opposition papers were due by June 8, 2026 and Defendant's reply by June 29, 2026. Dkt. 18. Plaintiff has not filed any opposition to Defendant's motion.

Plaintiff's opposition is now two months overdue and the City has asked that the Court adjudicate the motion as unopposed. Dkt. 27. Given Plaintiff's *pro se* incarcerated status and the Court's interest in deciding cases on the merits, the Court will grant Plaintiff a short and final extension to respond to the motion until **September 1, 2026**. The City shall have two weeks thereafter to reply. If the Court does not receive Plaintiff's opposition by that date, it will deem Defendant's motion to dismiss unopposed. Failure to comply with Court orders and deadlines may also result in dismissal of this case for failure to prosecute.

The Clerk of Court is respectfully directed to mail this order to *pro se* Plaintiff at the address listed on the docket.

Dated: August 13, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge