**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**RACHEL SELIGMAN WEISS**
Tel.: (212) 356-2422
Fax: (212) 356-3509
rseligma@law.nyc.gov

October 23, 2026

Defendant Clarke's request is GRANTED. Defendant Clarke shall serve and file his motion to dismiss by **November 18, 2026.** Plaintiff shall serve and file his opposition by **December 18, 2026**, and Defendant Clarke shall serve and file his reply by **January 8, 2027**. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 35.

Dated: October 26, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Charles Maxwell v. City of New York, et al., 25 Civ. 04372 (JLR)

Your Honor:

I am an attorney in the Office of Steven Banks, Corporation Counsel of the City of New York, representing Defendants City of New York and Garfield Clarke in the above-referenced matter.[1] Defendant Clarke respectfully writes to request an extension of the endorsed briefing schedule for his anticipated motion to dismiss the Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.[2] This is the first request of this kind. Mr. Capio was unable to expediently obtain Plaintiff's position with respect to this request due to his current incarcerated status.

---

[1] This case has been assigned to Assistant Corporation Counsel Joseph Capio, who is awaiting admission to the Southern District of New York. Mr. Capio is handling this matter under my supervision and may be reached at (212) 356-2318 or jcapio@law.nyc.gov.

[2] On May 7, 2026, Defendant City moved to dismiss the Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. See ECF Nos. 20–22. Pursuant to the Court's August 13, 2026 Order, Plaintiff's opposition papers were due by September 1, 2026 and Defendants' reply by September 15, 2026. See id. To date, upon information and belief, Plaintiff has not served or filed any opposition papers or contacted this Office regarding an extension of time to serve and file same. On September 15, 2026, Defendant City filed a letter motion requesting that the Court deem its motion to dismiss fully briefed. See ECF No. 32. To date, the Court has not ruled on Defendant City's request.

As the Court is aware, on September 29, 2026, the Court endorsed Defendant Clarke's proposed briefing schedule, in which Defendant Clarke is to serve and file his motion to dismiss by October 28, 2026, Plaintiff is to serve and file his opposition by November 27, 2026, and Defendant Clarke is to serve and file his reply by December 11, 2026. See ECF No. 34. The reason for the requested extension is that Mr. Capio is currently experiencing a medical condition that has affected his ability to prepare the anticipated motion within the existing briefing schedule.

Accordingly, Defendant Clarke proposes the following, revised briefing schedule for his anticipated motion to dismiss, which Defendant Clarke respectfully requests that the Court endorse:

- November 18, 2026: Deadline for Defendant Clarke to serve and file his motion to dismiss;
- December 18, 2026: Deadline for Plaintiff to serve and file his opposition to Defendant Clarke's motion to dismiss; and
- January 8, 2027: Deadline for Defendant Clarke to serve and file his reply papers.

Thank you for your consideration herein.

Respectfully submitted,

*Rachel Seligman Weiss /s*
Rachel Seligman Weiss

cc: **VIA FIRST-CLASS MAIL**
Charles Maxwell
*Plaintiff pro se*
B&C No.: 4412400965
P.O. Box 300
Marcy, New York 13403-0300